# EXHIBIT I-3

# INVOICE

## Swanson Builders LLC
**Registration # NHC 8847**

216 Swanson Avenue
Stratford, CT 06614
203-650-5603

INVOICE # 200-246
DATE: OCTOBER 15, 2008

TO  Keeper's Gentlemen's Club
350 Woodmont Road
Milford, CT 06460

Mailing Address  P.O. Box 524
Stratford, CT 06615

| SALESPERSON | JOB | PAYMENT TERMS | DUE DATE |
|---|---|---|---|
|  | Keeper's | Due on receipt |  |

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
|  | **QUOTE** |  |  |
|  | Demolition of Existing Bars (upper & lower), Sitting Area, Dressing Room, & Storage / Security room area |  |  |
|  | Reconstruct new bar/stage to conform with New Ordinance: |  |  |
|  | Reconstruct Entertaining / Dining area / Dressing Room |  |  |
|  | Trench for Plumbing & Electrical for New Bar |  |  |
|  | Repair all concrete areas and install new flooring through out Entire space (Oak Flooring/ Ceramic Tile/ Carpet) |  |  |
|  | Finish all wall , wood, and floor surfaces |  |  |
|  | Removal of All Debris |  |  |
|  | **All finishes to be determined by Owner** |  |  |

Terms; 50% deposit upon signing of Contract 25% upon 50% Completion
Balance due in full upon Final Issuance of CO

Quote Includes All Material & Labor per Specified Drawing
Change Orders or Any Deviation From Original Drawing NOT Included in Quote
ALL WORK TO BE PERFORMEB BY LICENSED CONTRACTORS

| | |
|---|---|
| SUBTOTAL | 148,900. |
| SALES TAX | 8,934.00 |
| TOTAL | $157,831.00 |

Make all checks payable to Swanson Builders LLC
**THANK YOU FOR YOUR BUSINESS!**